UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAISY DEJESUS, | ) | CIVIL NO. 4:21-CV-0486 |
| *o/b/o J. M. Z.* | ) | |
|     Plaintiff | ) | |
| | ) | (ARBUCKLE, M.J.) |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| *Social Security Commissioner* | ) | |
|     Defendant | ) | |

<u>ORDER</u>

In accordance with the accompanying memorandum, it is ORDERED that:

(1)     The final decision of the Commissioner is AFFIRMED.

(2)     Final judgment will be issued pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Commissioner by separate order.

(3)     The Clerk of Court is DIRECTED to close this case.

Date: August 29, 2022                            BY THE COURT

                                                       <u>*s/William I. Arbuckle*</u>
                                                       William I. Arbuckle
                                                       U.S. Magistrate Judge